IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

OSCAR GARNER,

    Plaintiff,

v.

Case No. 19-cv-144-jdp

N/P TAPIO, B. DITTMANN,
C. MARCHANT, DOCTOR JEANPIERRE,
JANE DOE, WEINMAN, AND NURSE
JENSON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 11/15/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |